IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY JARAMILLO, | CASE NO. CV F 10-1283 LJO GSA |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED** (Doc. 27.) |
| vs. | |
| FOOD 4 LESS MADERA, | |
| Defendant. / | |

The parties have disobeyed the January 24, 2012 order to file appropriate papers within 21 days to dismiss or conclude this action in its entirety. As such, this Court ORDERS the parties, no later than February 23, 2012, to file papers to show good cause why this Court should not impose sanctions, including monetary sanctions or dismissal with or without prejudice, against the parties and/or their counsel for failure to comply with the January 24, 2012 order. This order to show cause will be discharged if, no later than February 23, 2012, the parties file appropriate papers to dismiss this action in its entirety. This Court ADMONISHES counsel that they are expected to observe and comply with the Federal Rules of Civil Procedure and this Court's Local Rules and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

Dated:   February 16, 2012         /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE