1  **SHELLEY G. BRYANT - #222925**
   **AMANDA B. WHITTEN - # 251160**
2  **LAW OFFICES OF SHELLEY G. BRYANT**
   8050 North Palm Avenue, Suite 300
3  Fresno, California 93711
   (559) 389-5856 Telephone
4  (559) 421-0369 Facsimile

5

6  Attorneys for Plaintiff, ROY JARAMILLO

7

8                     UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF CALIFORNIA
9

10 ROY JARAMILLO,                          )   **Case No. 1:10-CV-01283-LJO-GSA**
                                           )
11        Plaintiff,                       )   **STIPULATION FOR DISMISSAL OF**
                                           )   **COMPLAINT WITH PREJUDICE PER**
12 vs.                                     )   **FRCP   41(A)(2)   AND   ORDER**
                                           )   **THEREON**
13 FOOD 4 LESS MADERA (a.k.a GONG &        )
   GONG COMPANY) a California corporation, )
14 and DOES 1 through 20, inclusive,       )
                                           )   **Complaint Filed:    July 16, 2010**
15        Defendants.                      )   **Trial Date:         April 23, 2012**
                                           )
16

17        TO THE COURT AND ALL PARTIES OF RECORD:

18        Plaintiff, ROY JARAMILLO, by and through his attorneys of record and Defendants, FOOD

19 4 LESS MADERA (a.k.a GONG & GONG COMPANY), by and through their attorneys of record,

20 hereby stipulate to dismissal of this action with prejudice, each party to bear its own attorneys fees and

21 costs.

22 Dated: February 16, 2012        LAW OFFICES OF SHELLEY G. BRYANT

23

24                                 _____

25                                 SHELLEY G. BRYANT, Attorney for Plaintiff
                                   ROY JARAMILLO
26

27

28

**STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER FRCP 41(A)(2) AND ORDER THEREON**
**Case No. 1:10-CV-01283-LJO-GSA**                                                        Page 1

1   Dated: _____              LITTLER MENDELSON

2

3                                        _____

4                                        BREN K. THOMAS, Attorneys for Defendants
                                         FOOD 4 LESS MADERA (a.k.a GONG & GONG COMPANY)
5
    ****************************************************************************************
6

7        The clerk is directed to close this action.

8   IT IS SO ORDERED.

9   **Dated:    February 17, 2012**              **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER FRCP 41(A)(2) AND ORDER THEREON**
**Case No. 1:10-CV-01283-LJO-GSA**                                                    Page 2