1  **SHELLEY G. BRYANT - #222925**
   **AMANDA B. WHITTEN - # 251160**
2  **LAW OFFICES OF SHELLEY G. BRYANT**
   8050 North Palm Avenue, Suite 300
3  Fresno, California 93711
   (559) 389-5856 Telephone
4  (559) 421-0369 Facsimile

5

6  Attorneys for Plaintiff, ROY JARAMILLO

7

8                 UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF CALIFORNIA
9

10 ROY JARAMILLO,                    )   **Case No. 1:10-CV-01283-LJO-GSA**
                                      )
11          Plaintiff,               )   **STIPULATION FOR DISMISSAL OF**
                                      )   **COMPLAINT WITH PREJUDICE PER**
12 vs.                               )   **FRCP  41(A)(2)  AND  ORDER**
                                      )   **THEREON**
13 FOOD 4 LESS MADERA (a.k.a GONG &  )
   GONG COMPANY) a California corporation, )
14 and DOES 1 through 20, inclusive, )
                                      )   **Complaint Filed:    July 16, 2010**
15          Defendants.              )   **Trial Date:         April 23, 2012**
   _____ )

16

17      TO THE COURT AND ALL PARTIES OF RECORD:

18          Plaintiff, ROY JARAMILLO, by and through his attorneys of record and Defendants, FOOD

19 4 LESS MADERA (a.k.a GONG & GONG COMPANY), by and through their attorneys of record,

20 hereby stipulate to dismissal of this action with prejudice, each party to bear its own attorneys fees and

21 costs.

22 Dated: February 16, 2012          LAW OFFICES OF SHELLEY G. BRYANT

23

24                                   _____

25                                   SHELLEY G. BRYANT, Attorney for Plaintiff
                                     ROY JARAMILLO
26

27

28

1  Dated: _____          LITTLER MENDELSON

2

3                                    _____

4                                    BREN K. THOMAS, Attorneys for Defendants
                                     FOOD 4 LESS MADERA (a.k.a GONG & GONG COMPANY)
5

6  **************************************************************************

7          The clerk is directed to close this action.

8  IT IS SO ORDERED.

9  **Dated:    February 17, 2012**          _____/s/ Lawrence J. O'Neill_____
                                                 UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28